**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:     415-675-3400
Facsimile:     415-675-3434
Email:         james.goldberg@bryancave.com
               stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
BANK OF AMERICA CORPORATION

**LAW OFFICES OF JOHN A. SHEPARDSON**
John A. Shepardson, California Bar No. 129081
59 N. Santa Cruz Ave, Suite Q
Los Gatos, California 95030
Telephone:     408-395-3701
Facsimile:     408-3950112
Email: Shepardsonlaw@me.com

Attorney for Plaintiff
NORLITO SORIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTREPRENEURS, INC., BANK OF AMERICA CORP., and DOES 5-100,<br><br>    Defendants. | Case No. 5:09-cv-02415-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>[ADR Local Rule 6-5] |

1   This Stipulation is entered into by Plaintiff NORLITO SORIANO ("Plaintiff") and
2   Defendants BANK OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS,
3   INC. (collectively, "Defendants").
4   WHEREAS, on February 25, 2010, this Court entered an Order referring this case to
5   mediation and setting a mediation deadline of June 25, 2010;
6   WHEREAS, on March 15, 2010, the ADR unit appointed Christopher D. Sullivan as
7   mediator;
8   WHEREAS, on April 20, 2010, Mr. Sullivan notified Plaintiff and Defendants of a potential
9   conflict of interest;
10  WHEREAS, on April 27, 2010, the ADR unit vacated the appointment of Mr. Sullivan as
11  mediator;
12  WHEREAS, on May 13, 2010, the ADR unit appointed Arthur D. Levy as mediator;
13  WHEREAS, due to the appointment of a new mediator, the current June 25, 2010 mediation
14  deadline, and scheduling conflicts, Plaintiff and Defendants agree that they need an additional 60
15  days to schedule and complete mediation;
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1  NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** that
2  Plaintiff and Defendants shall have until, and including, August 24, 2010 to complete mediation.

4  **IT IS SO STIPULATED.**

6  Dated: May 26, 2010     **LAW OFFICES OF JOHN A. SHEPARDSON**

           By:   /s John A. Shepardson
                 John A. Shepardson
                 Attorney for Plaintiff
                 NORLITO SORIANO

11 Dated: May 26, 2010     **BRYAN CAVE LLP**

           By:  /s Stephanie A. Blazewicz
                Stephanie A. Blazewicz
           Attorneys for Defendants
           COUNTRYWIDE HOME LOANS, INC. and
           BANK OF AMERICA CORPORATION

18  I, Stephanie A. Blazewicz, attest that the content of this document is acceptable to all
19  persons required to sign the document.

             /s Stephanie A. Blazewicz
             Stephanie A. Blazewicz

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

**[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiff Norlito Soriano ("Plaintiff") and Defendants Bank of America Corporation and Countrywide Home Loans, Inc., and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiff and Defendants shall have until, and including, August 24, 2010 to complete mediation.

Dated: June 1, 2010

_____
Hon. James Ware, District Court Judge
United States District Court
Northern District of California