UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO, | Case No.: 09-CV-02415-LHK |
| Plaintiff, | |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100, | ORDER EXTENDING DEADLINES |
| Defendants. | |

On October 12, 2010, the parties submitted a stipulation requesting an extension of the dates for close of discovery and hearing dispositive motions, so that the parties may continue settlement discussions. The Court sets the following schedule:

| | |
|---|---|
| Close of All Discovery | January 24, 2011 |
| Last Day for Hearing Dispositive Motions | March 24, 2011 |

The Court sets a Case Management Conference for January 19, 2011 at 2 p.m. On January 12, 2011, the parties shall file a Joint Case Management Statement in accordance with the Local Rules and Standing Orders of the Court. Because the order reassigning this case vacated all hearing dates, the Preliminary Pretrial Conference and Preliminary Pretrial Conference Statement deadlines were previously taken off calendar. *See* Dkt. No. 42. The Court will set a schedule for a pretrial conference and trial at the January 19, 2011 Case Management Conference; therefore, the

1

1  parties should submit a proposed pretrial and trial schedule in the January 12, 2011 Joint Case
2  Management Statement.
3       Should the parties settle the case and file a voluntary dismissal before the January 19, 2011
4  Case Management Conference, it will be vacated.
5  **IT IS SO ORDERED.**
6  Dated: October 13, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-02415-LHK
ORDER EXTENDING DEADLINES