**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO, | ) Case No.: 09-CV-02415-LHK |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER EXTENDING DEADLINES |
| COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100, | ) |
| Defendants. | ) |

On January 19, 2011, the Court entered a scheduling order in this case setting February 17, 2011 as the last day for filing dispositive motions. Defendant filed a Motion for Summary Judgment (Motion) on February 17, 2011. The Motion was set for hearing on March 24, 2011; accordingly, Plaintiff's Opposition was due by March 3, 2011. *See* Civil Local Rule 7-3. Plaintiff did not file an Opposition or statement of nonopposition at that time. On March 20, 2011, Plaintiff's counsel filed a request for extension of time to file an Opposition to the Motion, stating that he had not received the e-notification of Defendant's filing.

In light of this, the Court sets the following schedule:

Plaintiff's Opposition is due March 27, 2011

Defendants' Reply is due April 4, 2011

1

Case No.: 09-CV-02415-LHK
ORDER EXTENDING DEADLINES

1    The hearing set for March 24, 2011 is hereby VACATED and re-set for April 14, 2011 at
2   1:30 p.m.  The Court will vacate this hearing in advance if the issues can be decided without oral
3   argument, pursuant to Civil Local Rule 7-1(b).

4   **IT IS SO ORDERED.**

5   Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-02415-LHK
ORDER EXTENDING DEADLINES