**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100,<br><br>　　　　　　　　Defendants. | Case No.: 09-CV-02415-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S EX PARTE APPLICATION FOR CLARIFICATION |

The Court recently issued an Order granting-in-part and denying-in-part Defendants' Motion for Summary Judgment. *See* Dkt. No. 59. In the Order, the Court found that Plaintiff's Truth In Lending Act (TILA) claim for damages was time-barred. On April 13, 2011, Plaintiff filed an *ex parte* application for clarification regarding using the asserted TILA violation as a basis for stating a claim under California's Unfair Competition Law (UCL). In the application, Plaintiff states that he "does not seek damages under the UCL because the California Supreme Court has interpreted the statute as not providing for them."

The Court sets the following briefing schedule:

By Monday, April 18, 2011, Plaintiff shall submit a supplemental brief identifying with particularity what injunctive or restitutionary relief he claims as a remedy for the alleged UCL violation based on an alleged TILA violation.

1

Case No.: 10-CV-02415-LHK
ORDER SETTING BRIEFING SCHEDULE

1    By Thursday, April 21, 2011, Defendants shall file any opposition.

2    By Monday, April 25, Plaintiff shall file any reply.

3    This matter will not be set for hearing unless the Court orders it.

4    The case schedule remains as set.

5   **IT IS SO ORDERED.**

6   Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge