**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>            Plaintiff,<br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100,<br><br>            Defendants. | Case No.: 09-CV-02415-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S *EX PARTE* APPLICATION FOR CLARIFICATION |

The Court recently issued an Order setting a briefing schedule regarding Plaintiff's *ex parte* application for clarification of the Court's Order granting-in-part and denying-in-part summary judgment. Plaintiff has filed another *ex parte* application for further clarification of the Court's Order. Specifically, Plaintiff seeks clarification of whether or not he can seek emotional distress as damages for the alleged RESPA violation. If Defendants wish to address this issue, they shall do so in their Opposition to Plaintiff's first *ex parte* application, due April 21, 2011. Plaintiff may reply as to this issue in the Reply due April 25, 2011.

Should Plaintiff or Defendants identify any additional issues they believe require clarification, Plaintiff shall raise these with opposing counsel, and the parties shall submit the issue(s) in their pretrial conference materials, due April 27, 2011. No further *ex parte* motions for reconsideration or clarification will be considered.

1

Case No.: 10-CV-02415-LHK
ORDER SETTING BRIEFING SCHEDULE

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02415-LHK
ORDER SETTING BRIEFING SCHEDULE