UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100,<br><br>　　　　　　　Defendants. | Case No.: 09-CV-02415-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO STRIKE PLAINTIFF'S JURY DEMAND |

On April 19, 2011, Defendant Countrywide Home Loans ("CHL") filed a Motion to Strike Plaintiff's jury demand and Motion for Administrative Relief asking the Court to set a briefing schedule on the Motion to Strike and extend the deadline to file jury voire dire questions, proposed jury instructions, and proposed jury verdict forms.

The Court DENIES the request to extend the deadline to file the jury materials.

The Court sets the following briefing schedule regarding the Motion to Strike:

Plaintiff's Opposition is due April 26, 2011

Defendant's Reply is due April 29, 2011.

No hearing will be set at this time.

**IT IS SO ORDERED.**

Dated: April 21, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02415-LHK
ORDER SETTING BRIEFING SCHEDULE