UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>    Plaintiff,<br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100,<br><br>    Defendants. | Case No.: 09-CV-02415-LHK<br><br>ORDER REGARDING SETTLEMENT CONFERENCE |

The parties are hereby ordered to participate in a settlement conference with the Honorable Ronald M. Whyte.  The parties shall contact Judge Whyte's Courtroom Deputy, Jackie Garcia, on April 29, 2011 to schedule the settlement conference.  The conference shall be scheduled as soon as possible.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02415-LHK
ORDER REGARDING SETTLEMENT CONFERENCE