UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>            Plaintiff,<br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTERPRENEURS, INC., BANK OF AMERICA CORP., AND DOES 5-100,<br><br>            Defendants. | Case No.: 09-CV-02415-LHK<br><br>ORDER REGARDING TRIAL DATE OF JUNE 6, 2011 |

The parties are advised that other matters set for trial on June 6, 2011 have resolved.

Therefore, the parties should be prepared to begin jury selection on June 6, 2011 at 9 a.m.

**IT IS SO ORDERED.**

Dated: May 20, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02415-LHK
ORDER REGARDING TRIAL DATE