UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO, ) | Case No.: 09-CV-02415-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER SETTING BRIEFING |
| COUNTRYWIDE HOME LOANS, INC., ) | SCHEDULE ON MOTION TO QUASH |
| SOLIDHOMES FUNDING, MANUEL ) | |
| CHAVEZ, MARK FLORES, SOLIDHOMES ) | |
| ENTERPRENEURS, INC., BANK OF ) | |
| AMERICA CORP., AND DOES 5-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant filed a Motion to Quash a subpoena on May 23, 2011. The Court sets the following briefing schedule:

Opposition is due by tomorrow, May 25, 2011 at 5 p.m.

No Reply.

The Motion to Quash will be heard at the Pretrial Conference on May 27, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-02415-LHK
ORDER SETTING BRIEFING SCHEDULE

1