UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NORLITO SORIANO, | ) | Case No.: 09-CV-02415-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | MINUTE ORDER AND CASE |
| SOLIDHOMES FUNDING, MANUEL | ) | MANAGEMENT ORDER |
| CHAVEZ, MARK FLORES, SOLIDHOMES | ) | |
| ENTERPRENEURS, INC., BANK OF | ) | |
| AMERICA CORP., AND DOES 5-100, | ) | |
| | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown                    Reporter:  Lee-Anne Shortridge
Plaintiff Attorney: John A. Shepardson
Defendant Attorney: Tracy Marie Talbot, Stephanie Ann Blazewicz, Robert A. Padway

A further pretrial conference was held on May 27, 2011.

Plaintiff shall file oppositions to deposition designations filed by Defendant, as well as counter-designations, by today, May 27, 2011 (per the deadline in the Court's Pretrial Order).

Plaintiff shall file an opposition to the arguments in Defendant's Trial Brief regarding TILA disclosures and timing of Plaintiff's QWR follow-up letters by Tuesday, May 31, 2011.

Plaintiff shall file a detailed outline of the testimony of Mr. Shepardson and Ms. Castillo that he intends to present at trial by Tuesday, May 31, 2011.

At the pretrial conference, the parties were put on notice that the Court will order the parties to pay the potential jurors' $40 per diem jury service fee and 51 cents per mile mileage reimbursement if the parties settle the case and file a stipulated dismissal after 4:30 p.m. on Sunday, June 5, 2011.

A final pretrial conference will be held on June 2, 2011 at 1:30 p.m.

The case schedule otherwise remains as set:

JURY TRIAL DATE is June 6, 2011, at 9 a.m. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 2 days.

**IT IS SO ORDERED.**

Dated: May 27, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 09-CV-02415-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER