**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Stephanie A. Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
Email:   robert.padway@bryancave.com
         stephanie.blazewicz@bryancave.com
         tracy.talbot@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC., SOLIDHOMES FUNDING, MANUEL CHAVEZ, MARK FLORES, SOLIDHOMES ENTREPRENEURS, INC., BANK OF AMERICA CORP., and DOES 5-100,<br><br>        Defendants. | Case No. 5:09-cv-02415-LHK<br><br>**REQUEST OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO USE EQUIPMENT AT TRIAL; [PROPOSED] ORDER** |

Defendant Countrywide Home Loans, Inc. requests the Court's permission to use the following equipment in the courtroom at the time of trial:

1) laptop
2) projector
3) small table for projector
4) tabletop podium

Dated:  June 1, 2011                                                 **BRYAN CAVE LLP**

By: /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
and BANK OF AMERICA
CORPORATION

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Countrywide Home Loans, Inc.'s Request is approved.

Dated: June 2, 2011

LUCY H. KOH
United States District Court Judge

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907