**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Stephanie A. Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:      415-675-3400
Facsimile:      415-675-3434
Email:          robert.padway@bryancave.com
                stephanie.blazewicz@bryancave.com
                tracy.talbot@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
BANK OF AMERICA CORPORATION

**LAW OFFICES OF JOHN A. SHEPARDSON**
John A. Shepardson, California Bar No. 129081
59 N. Santa Cruz Ave, Suite Q
Los Gatos, California 95030
Telephone:      408-395-3701
Facsimile:      408-3950112
Email: Shepardsonlaw@me.com

Attorney for Plaintiff
NORLITO SORIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORLITO SORIANO,<br><br>                    Plaintiff,<br><br>            vs.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>SOLIDHOMES FUNDING, MANUEL<br>CHAVEZ, MARK FLORES, SOLIDHOMES<br>ENTREPRENEURS, INC., BANK OF<br>AMERICA CORP., and DOES 5-100,<br><br>                    Defendants. | Case No. 5:09-cv-02415-LHK<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND COSTS** |

*(margin text, vertical)* BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1   This Stipulation is entered into by Plaintiff NORLITO SORIANO ("Plaintiff") and

2   Defendants BANK OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS,

3   INC. (collectively, "Defendants").

4   WHEREAS, on June 30, 2011, the Court entered Judgment in favor of Defendants in this

5   action;

6   WHEREAS, pursuant to Federal Rule of Civil Procedure 54 and Northern District of

7   California Civil Local Rules 54-1 and 54-5, Defendants' Bill of Costs and motion for attorneys' fees

8   and costs are due on July 14, 2011;

9   WHEREAS, the parties are discussing an informal resolution of this matter, which would

10  avoid Defendants' bill of costs and motion for attorneys' fees, as well as any further filings in this

11  action;

12  WHEREAS, the parties need additional time to finalize the resolution of this matter and

13  request a continuance of thirty days for Defendants to file their Bill of Costs and motion for

14  attorneys' fees.

15  NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** that

16  Defendants shall have until, and including, August 11, 2011, to file their Bill of Costs and motion

17  for attorneys' fees.

18  **IT IS SO STIPULATED.**

19  Dated:  July 13, 2011              **LAW OFFICES OF JOHN A.**
                                       **SHEPARDSON**
20
                                       By: /s/ John A. Shepardson
21                                          John A. Shepardson
                                            Attorney for Plaintiff
22                                          NORLITO SORIANO

23

24  Dated:  July 13, 2011              **BRYAN CAVE LLP**

25
                                       By:  /s/ Stephanie A. Blazewicz
26                                          Stephanie A. Blazewicz
                                       Attorneys for Defendants
27                                     COUNTRYWIDE HOME LOANS, INC. and
                                       BANK OF AMERICA CORPORATION
28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1

2

3          I, Stephanie A. Blazewicz, attest that the content of this document is acceptable to all

4    persons required to sign the document.

5                                              /s/ Stephanie A. Blazewicz
                                                  Stephanie A. Blazewicz
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1

**[~~PROPOSED~~] ORDER**

2       Having reviewed the stipulation of Plaintiff NORLITO SORIANO and Defendants BANK

3  OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS, INC., and good cause

4  appearing,

5       **IT IS HEREBY ORDERED THAT** the deadline for Defendants Bank of America

6  Corporation and Countrywide Home Loans, Inc., to file their Bill of Costs and motion for

7  attorneys' fees is continued until, and including, August 11, 2011.

8

9  Dated: July 14, 2011

        _____
10       Judge Lucy H. Koh
        United States District Court
        Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

STIPULATION TO CONTINUE DEADLINE
                                                Case No. 09-cv-02415-LHK